■ CHERYL M. SMITH, Appellant, v COUNTY OF ERIE et al., Respondents. [621 NYS2d 1018] —Order unanimously affirmed without costs. Memorandum: Plaintiff, a police recruit, was injured when she stepped in a hole while jogging as part of her training. Because plaintiff was a probationary police officer when injured, her injuries "were related to a particular risk that she had assumed as part of her duties" (Cooper v City of New York, 81 NY2d 584, 590; see also, Zanghi v Niagara Frontier Transp. Commn., 203 AD2d 960, lv granted 84 NY2d 804; Caruso v Bowman, 207 AD2d 956; Cottone v City of New York, 206 AD2d 981). As with other police officers injured in the line of duty (see, Cooper v City of New York, supra), plaintiff received salary and health benefits under General Municipal Law § 207-c (see, Connors v Bowles, 63

AD2d 956, *lv dismissed* 45 NY2d 832). Her probationary status does not render the fireman's rule inapplicable. (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Green, J. P., Balio, Wesley, Callahan and Doerr, JJ.